147 A.3d 395

**STATE of Maryland**

v.

**LAPOLE, Grason**

**Pet. Docket No. 316, Sept.Term, 2016**

Court of Appeals of Maryland.

October 12, 2016

Opinion of the Court of Special Appeals unreported (No. 2169, Sept. Term, 2014).

Petition for writ of certiorari granted.

■

147 A.3d 395

**STUCKEY, Warren**

v.

**STATE of Maryland**

**No. 397, Sept. Term, 2016**

Court of Appeals of Maryland.

October 13, 2016

Pending in the Court of Special Appeals (No. 2046, Sept. Term, 2015).

Petition for writ of certiorari denied.